```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
JOSE RODRIGUEZ,                                          :
                                                         :
                            Plaintiff,                   :
                                                         :                21-CV-2973 (VSB)
            -against-                                    :
                                                         :                    **ORDER**
                                                         :
MASSIVE ACTION, LLC, et al.,                             :
                                                         :
                                                         :
                            Defendants.                  :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On August 23, 2021, Defendant Etsy, Inc. filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 35.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by September 13, 2021. It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by September 22, 2021. Defendant Etsy's reply, if any, shall be served by October 6, 2021.

The Clerk of Court is respectfully directed to mail a copy of this order to Pro Se Plaintiff.

SO ORDERED.

Dated: August 24, 2021
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge