```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE RODRIGUEZ,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :           21-CV-2973 (VSB)
               -against-                                    :
                                                            :                ORDER
MASSIVE ACTION, LLC. et al.,                                :
                                                            :
                              Defendants.                   :
                                                            :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      On August 19, 2021, Defendant Amazon.com, LLC filed a motion to dismiss Plaintiff's complaint.  (Doc. 29.)  Plaintiff's opposition was due by September 20, 2021.  (Doc. 33.) Thereafter, on August 23, Defendant Etsy, Inc. filed a motion to dismiss Plaintiff's complaint. (Doc. 35.)  Plaintiff's opposition was due by September 22, 2021.  (Doc. 38.)  On August 25, 2021, Shopify (USA), Inc. filed a motion to dismiss Plaintiff's complaint.  (Doc. 40.)  Plaintiff's opposition was due by September 24, 2021.  (Doc. 46.)  Plaintiff has not filed an opposition to any of the three motions to dismiss.

      Accordingly, it is hereby:

      ORDERED that by on or before October 13, 2021, Plaintiff file his oppositions to the motions to dismiss, or I will treat them as unopposed.

      The Clerk of Court is directed to mail a copy of this order to Pro Se Plaintiff.

SO ORDERED.

Dated: October 5, 2021
       New York, New York

*[Signature]*
VERNON S. BRODERICK
United States District Judge