UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                  :
JOSE RODRIGUEZ,                                :

                            Plaintiff,    :
                                                  :                  21-CV-2973 (VSB)
                -against-            :
                                                  :                    **ORDER**
MASSIVE ACTION, LLC. et al.,    :

                            Defendants.  :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On September 27, 2023, I issued an Opinion & Order granting Defendants' motions to dismiss Plaintiffs' Amended Complaint and granting Plaintiffs forty-five days to file an Amended Complaint. (Doc. 51.) To date, Plaintiff has not filed an Amended Complaint. Accordingly, the Clerk of Court is respectfully directed to close the case.

       SO ORDERED.

       Dated:  November 14, 2023
               New York, New York

                                                                    Vernon S. Broderick
                                                                  United States District Judge